# UNITED STATES DISTRICT COURT
for the
District of Alaska



RECEIVED
MAY 18 2012
CLERK, U.S. DISTRICT COURT,
FAIRBANKS, AK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)     Case No. 4:12-mj-00033-SAO
Dwelling located at )
170 Grange Hall Road )
Two Rivers, AK )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A, incorporated by reference herein.

located in the _____ District of _____Alaska_____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B, incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C.s 922(g)(1), | Felon in possession |

The application is based on these facts:
See attached affidavit of ATF Agent Brent Price

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_Redacted Signature_
_____
*Applicant's signature*

Brent Price, ATF Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 16, 2012

City and state: Fairbanks, Alaska

Recacted Signature
_____
*Judge's signature*

Scott Oravec, U.S. Magistrate Judge
*Printed name and title*